UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANISLAUS PUBLIC SAFETY CENTER, et al.,<br><br>　　　　　Defendants. | 1: 17-cv-01248-DAD-MJS (PC)<br><br>New Case No. 1:17-cv-01248-DAD-GSA-PC<br><br>**ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE DALE A. DROZD AND AND MAGISTRATE JUDGE GARY S. AUSTIN** |

　　　　On September 01, 2017, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C. section 1983 against Defendants Stanislaus Public Safety Center, Kirk, and Flores for interfering retaliating against Plaintiff for filing grievances. (ECF No. 1.)

　　　　Under Local Rule 123, this case is related to the actions entitled <u>Gradford v. McDougall</u>, 17-cv-0201-DAD-GSA-PC, and <u>Gradford v. Stanislaus County Sheriff's Department</u>, 17-cv-0414-DAD-GSA-PC. These actions are based on the same underlying facts and involve overlapping questions of law and fact.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. 　The Office of the Clerk shall relate this case with cases 17-cv-0201-DAD-GSA-PC and 17-cv-0414-DAD-GSA-PC;
2. 　This case shall be assigned to the docket of District Judge Dale A. Drozd and reassigned to the docket of Magistrate Judge Gary S. Austin;
3. 　The new case number shall be:

　　　　1:17-cv-01248-DAD-GSA-PC

1

and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated:   December 1, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE