UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>STANISLAUS PUBLIC SAFETY CENTER, et al.,<br><br>  Defendants. | No. 1:17-cv-01248-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 19) |

Plaintiff William J. Gradford is a former prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only against defendant Sergeant Florres for using excessive force against plaintiff, and that all other claims and defendants be dismissed from this case. (Doc. No. 19.) On June 17, 2019, plaintiff filed a response to the findings and recommendations, indicating that he is willing to proceed only against defendant Florres and does not object to the dismissal of all other defendants and claims. (Doc. No. 20.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

1

including plaintiff's response, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 10, 2019 (Doc. No. 19) are adopted in full;
2. This action now proceeds with plaintiff's first amended complaint, filed on August 22, 2018 (Doc. No. 15), against defendant Sergeant Florres for use of excessive force against plaintiff in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed, and the Clerk of Court is directed to update the docket to reflect the dismissal of all defendants except defendant Florres; and
4. This case is referred back to the magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: **August 15, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE