UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>STANISLAUS PUBLIC SAFETY CENTER, et al.,<br><br>            Defendants. | 1:17-cv-01248-DAD-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO RELATE CASES**<br><br>**(ECF No. 37.)** |

## I.   BACKGROUND

William J. Gradford ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds against defendant Sergeant Florres for use of excessive force in violation of the Eighth Amendment. This case is in the discovery phase.

On February 21, 2020, Plaintiff filed a request for all of his cases be joined together. (ECF No. 37.)  Plaintiff seeks to join his cases together for a later time when he plans to request a settlement conference.  Plaintiff argues that assigning all of his cases to the same district judge and magistrate judge will benefit the court by saving time and court costs.

1

**II.    RELATED CASES**

Under Local Rule 123(a), an action is related to another "when

(1)    both actions involve the same parties and are based on the same or a similar claim;

(2)    both actions involve the same property, transaction, or event;

(3)    both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4)    for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

**III.   DISCUSSION**

Plaintiff presently has five cases pending at this court:

1.    case 1:17-cv-01248-DAD-GSA-PC; Gradford v. Stanislaus Public Safety Center;

2.    case 1:18-cv-01364-DAD-GSA-PC; Gradford v. Deputy Guiltron;

3.    case 1:19-cv-01252-DAD-EPG-PC; Gradford v. Freddie.

4.    case 1:20-00370-AWI-EPG; Gradford v. Walczack;

5.    case 1:20-00543- NONE-EPG-PC; Gradford v. Velasco.

This action, case 1:17-cv-01248-DAD-GSA-PC, now proceeds against Sergeant Florres for tightly handcuffing Plaintiff at the Stanislaus County Public Safety Center on February 28, 2017.  Case 1:18-cv-01364-DAD-GSA-PC proceeds against Deputy Guiltron for retaliating against Plaintiff at the County Public Safety Center on March 2, 2017.  Case 1:19-cv-01252-DAD-EPG-PC proceeds against Deputy Freddie for unsanitary shower conditions at the County Public Safety Center between April and August 2017.  Case 1:20-00370-AWI-EPG was filed against two probation officers for retaliating against Plaintiff in November 2018.  Finally, case 1:20-00543- NONE-EPG-PC, was filed against Correctional Officers E. Velasco and T. Webster for  occurrences at the County Public Safety Center in February and March 2020.

///

///

Because these actions involve different defendants, events, and facts, and it does not appear that treating the actions separately will entail substantial duplication of labor, Plaintiff's request to relate the cases is denied.

**IV.     CONCLUSION**

Therefore, based on the foregoing, IT IS HEREBY ORDERED Plaintiff's motion to relate his cases, filed on February 21, 2020, is DENIED.

IT IS SO ORDERED.

Dated:   **May 4, 2020**                              **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE