UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>            Plaintiff,<br><br>      v.<br><br>STANISLAUS PUBLIC SAFETY CENTER, et al.,<br><br>            Defendants. | 1:17-cv-01248-DAD-GSA-PC<br><br>**ORDER STRIKING**<br>  1- **PLAINTIFF'S MOTION FOR SUBPOENA,**<br>  2- **2-PLAINTIFF'S MOTION FOR COURT TO VIEW REPLY,**<br>  3- **3-PLAINTIFF'S EXHIBIT**<br> **FOR LACK OF PLAINTIFF'S SIGNATURE**<br><br>**(ECF Nos. 36, 40, 41.)** |

     William J. Gradford ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds against defendant Sergeant Florres for use of excessive force in violation of the Eighth Amendment. This case is in the discovery phase.

     On February 21, 2020, Plaintiff filed a request for issuance of a subpoena.  (ECF No. 36.) On April 7, 2020, Plaintiff filed a motion for the court to view a reply and reply brief in this case. (ECF No. 40.)   On April 14, 2020, Plaintiff filed an exhibit in support of his request for a subpoena.  (ECF No. 41.)   None of these documents were signed by Plaintiff.   All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ.

1

P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for issuance of a subpoena, filed on February 21, 2020; Plaintiff's request for the court to view a reply and reply brief in this case, filed on April 7, 2020; and, Plaintiff's exhibit in support of his request for a subpoena, filed on April 14, 2020, are STRICKEN from the record for lack of Plaintiff's signature.

IT IS SO ORDERED.

Dated:   **May 4, 2020**              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE