# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD, | 1:17-cv-01248-DAD-GSA-PC |
| Plaintiff, | **ORDER FOR DEFENSE COUNSEL TO PROVIDE EVIDENCE OF SETTLEMENT OF THIS CASE** |
| v. | |
| STANISLAUS PUBLIC SAFETY CENTER, et al., | **THIRTY-DAY DEADLINE** |
| Defendants. | |

William J. Gradford ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds against defendant Sergeant Florres ("Defendant") for use of excessive force in violation of the Eighth Amendment.  At this stage of the proceedings in this case the Court ordinarily proceeds to schedule the case for trial.

On August 6, 2020, the Court issued an order requiring the parties to notify the court whether they believe a settlement conference would be beneficial in this case.  (ECF No. 47.) On August 12, 2020, defense counsel filed a response to the Court's order notifying the court that Defendant's employer, the County of Stanislaus, had already settled this and several other

1

pending cases brought by Plaintiff. However, Plaintiff takes the position the settlement is not valid.

The Court's record in this case shows no evidence that this case has been settled. Therefore, within thirty days defense counsel shall provide the Court with evidence that this case has been settled.

Accordingly, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, defense counsel shall file a written response to this order providing evidence that this case has been settled.

IT IS SO ORDERED.

Dated:   **August 21, 2020**                              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE