1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9   WILLIAM J. GRADFORD,                1:17-cv-01248-DAD-GSA-PC

10                  Plaintiff,          **ORDER DENYING PLAINTIFF'S
                                        REQUEST FOR TRIAL**
11           v.
                                        **(ECF No. 65.)**
12  STANISLAUS PUBLIC SAFETY
    CENTER, et al.,
13
                    Defendants.
14

15

16        Plaintiff, William J. Gradford, is a former prisoner proceeding *pro se* and *in forma*

17  *pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

18        On May 10, 2021, Plaintiff filed a request for trial.  (ECF No. 65.)  Plaintiff's request is

19  moot because this case was dismissed and closed on March 23, 2021.  Therefore, Plaintiff's

20  request shall be denied.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.      Plaintiff's request for trial, filed on May 10, 2021, is denied as moot; and

23        2.      No further motions or requests shall be considered by the court in this closed case.

24

25  IT IS SO ORDERED.

26     Dated:   **May 12, 2021**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
27

28