UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>                Plaintiff,<br><br>    v.<br><br>STANISLAUS PUBLIC SAFETY CENTER, et al.,<br><br>                Defendants. | 1:17-cv-01248-DAD-GSA-PC<br><br>**ORDER STRIKING DOCUMENTS PURSUANT TO COURT ORDER**<br><br>**(ECF Nos. 67, 68, 69.)** |

      Pursuant to the court's order issued on May 13, 2021, in which the court ordered that no further motions or requests shall be considered by the court in this closed case, IT IS HEREBY ORDERED that Plaintiff's declaration filed on May 14, 2021, request filed on May 17, 2021, and motion filed on May 19, 2021 are stricken from the record.

IT IS SO ORDERED.

    Dated:   **May 22, 2021**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE