UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>            Plaintiff,<br><br>   v.<br><br>STANISLAUS PUBLIC SAFETY<br>CENTER, et al.,<br><br>            Defendants. | **1:17-cv-01248-DAD-GSA-PC**<br><br>**ORDER DENYING PLAINTIFF'S<br>MOTION AS MOOT**<br><br>**(ECF No. 71.)** |

Plaintiff, William J. Gradford, is a former prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On July 8, 2021, Plaintiff filed a motion for removal of defense counsel. (ECF No. 71.) Pursuant to the court's order issued on May 13, 2021, no further motions or requests shall be considered by the court in this closed case.

IT IS SO ORDERED.

Dated:   **July 9, 2021**            **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE